Michael Jon STEWART, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62751.

Missouri Court of Appeals,
Western District.

May 25, 2004.

Nancy A. McKerrow, Columbia, MO, for appellant.

Andrea K. Spillars, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, PATRICIA BRECKENRIDGE, Judge and VICTOR C. HOWARD, Judge.

## ORDER

PER CURIAM.

Appellant Michael Stewart appeals from the denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Appellant was sentenced to a term of twelve years in the Missouri Department of Corrections following his plea of guilty to one count of robbery in the first degree. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

John M. Schilmoeller, Assistant Appellate Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Adriane Dixon Crouse, Assistant Attorney General, Jefferson City, MO, for respondent.

Before LOWENSTEIN, P.J., and
EDWIN H. SMITH and HOWARD, JJ.